

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Keith Henderson25 ,

Inmate ID Number: C-102124 ,

Keith Henderson25 ,

*(Write the full name and inmate ID
number of the Plaintiff.)*

Referral AND ORDER 5-3-21
Order By the court

Amended Complaint

original-copied
pages 1 OF 13

**Case No.:** 3:21-cv-80 McREMT
*(To be filled in by the Clerk's Office)*

v.

et, AL, J. Adams ,

an instration security ,

Capt. Karr FNU ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

Capital case /

**Jury Trial Requested?**
☒YES   ☐NO



FILED USDC FLND PN
JUN 1 '21 PM 3:06

Santa Rosa Correction Institution
5851 E. Milton Road
Milton Florida
325283
et. al. warden J. adam administration security Capt
Karr FNU capt. Brown FNU et. al maintence super viser
FNU major Oaks FNU et. al Classification officers
S. H. Shelly Dean FNU D.A. Dix pittmar FNU officer
motorola FNU officer Back FNU officer P. seemer
et. al. nurse Hefner FNU
    defendant sj [capital-case]

suwannee Correctional Institution
5964 HWY. 90
LIVE OAK FL 32060
et. al. administration security Lt. Harris FNU Lt. stoke
s FNU Lt. lopez FNU   Lt. J. moore officer mathew FNU
et. al. warden lane FNU et. al maintenace superviser FNU
Lt. Reminger FNU SGt. Daniels capt, TM wayatt officer
S. Daniels SGt. Rathbun FNU SGt. Due kwilder FNU
officer k. william W. sheppard et. al. pope jones offi
cer et. al. classification officer C. Tomblinson S. J. Hal
gh williams FNU A.A. morcelo et. al. medical nurse du
bose FNU nurse kennedy FNU nurse mcDonald FNU SGt
morrison FNU SGt. smith FNU
    defendant s capital case

ACI EAST unit
Apalachee Correctional Institution
86 Apalachee Drive
sneads FL. 32460 et. al. administ. security capt. parish FNU
capt. M. Brown SGt. prescott FNU SGt. S. Knight SGT. thoma
s FNU officer Thomas officer Mercer H. officer peterson
FNU colonel Harris FNU et. al. Classification officer

et. nL. mantenee superviser. FNU
martha jackson amy smith   mercer FNU

defendant s  capital case



# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: Keith Henderson   ID Number: C-102124

List all other names by which you have been known: Keith Henderson25

Current Institution: Suwannee Correction Insti.

Address: 5964 Hwy 90

Live Oak FL. 34206

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.   Do this for *every* Defendant:

1. Defendant's Name: Warden J. Adams

   Official Position: Warden

   Employed at: Santa Rosa CI

   Mailing Address: 5851 E. milton Rd.

   milton FL. 32586

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _Capt. Karr_

   Official Position: _captain_

   Employed at: _Santa Rosa CI_

   Mailing Address: _5851 E. milton Road_

   _milton Florida 32363_

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

3. Defendant's Name: _D. M. Dix_

   Official Position: _officer_

   Employed at: _Santa Rosa CI_

   Mailing Address: _5851 E. milton Rd_

   _milton FL. 3258_

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)      ☐ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner       ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.***  You may make copies of the following page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Direed toward me keith Hendersones and attoelled by physical Injures to harm with assaulted Battery to aperson. on march of 2020 while Incarcerated at santa Rosa state prison annex M2-unit population, I was In the T.V. room the white femole was watching me play with my self. when she came In the T.V. with officer motorola officer Back white racist Gay officers. told her to point me out. I was then place In Handcuffs behind the back and escorted walked out of the T.V. room audio vidio camera to the Bathroom location. officer Back told me to face the back against the wall and told all the Inmate IR they didn't want to be apart of Getting their ass beat. exit the bathroom. told the white femole officers to Grab his Gun of pepper-spray

**Statement of Facts Continued** (*Page 2 of 2*)

and made her spray me close range in the
Both of my eyes. officer Baek PNU white
officers white officer motorola stand then
with a smile on his face. she the white
female officer then pulled my pands down
and sprayed my pants location. pulled
my pants backup, and gave him back
the pepper spray, and then Officer Baele and then
place the leg irron on me with Andusues
and slammed me to the floor, of the bath
room location, picked me up walked
me the both of them side by side, no
audio video camera on me until the
Black capt. Brown told them to put a
camera on me, I was tha Given a shower
dated medical care, for the damage that
the pepper spray had coused to my eyes
lost of see, and Blindness in both of
my eyes. and a rash between the legs.

## alleged allegations statements of Facts Complaint

I was transfered to ACI-EAST unit on a medic
al transfer from Santa-Rosa, August 2020)
and Housed In desegregation unit Q-1 Q2
cell 106 Top with Back window painted so
that you can't see out of the window, of
Q 2 - cell - 106T ACI-EAST unit, while housed
I was place under Imminent danger of serious
injuries by administration security placeing the
wrong Inmates In the cell with me. So That I
Can get stabbed. when I'm a low modern risk
Inmate and is in prison For only absconding
change of residence, while at ACI EAST unit
I was Harress and torture and threated by
Blackracist officer peterson whom attacked
me by placeing me on an illegal strip-cell For
14-days. and stealing all of my personal property
He stated the reason why He place me on strip-cell
was cause of the white nurse Hefner. SGT. &
knight had me in a cell at ACI-EAST - unit Q-1
111L without any clothes on and no-mattress
or running water In the cell. Sept 2020 and I was
then place on strip-cell By SGT. Thomas no-matre
ss or running water. upon and Incident to where
I received any of my personal Hygeines From
officer-thomas white female, special equip weild
cells Box to the cell of Q-2 unit AC I-EAST unit
with two-additional pad-locks slide door. and
I was In Q2-106 Top with extra-red-pad lock
with dog-chain to the door cell, arbitrary det
ention cells designed For Harsh-treatments and
punishments. I was then transfered to suwannee
close-management unit By counseler martha
jackson classification officers whom Failure to

9llege allegations Statement oP Facts complaint

whom upgrade my security level to close on a violation
on oP probation none violence person. and deffimetions
oF my Character and committmant maiden name
My name is not alan Henderson, My Birth name
is keith Hendersons inwhich I had inform clagoiR
ication oPPicer martha Jackson oP my situation, that
I had suppose to bea transfored to a medium secu
rity Federal prison, while house at clos-management
Suwannee et. AL. SGt. Daniel has threated to hav
e another inmate to a fAit on me about the white
nurse kennedy, while house in G3-113L while he
was working back in march 2020, et. AL Lt.stokes
Superuiser while in G3 ho April 27 2021 on 2nd
white raeist Gay oPPicer K. Williams work 12 to
8 pm shift was doing his rounds with the white nurse
and was Sexual Harrassment prea allegation claim
oF my DICK while I had reFused the medrcation
oFFicer k. williams attacked me by physical harm oF
danger and sexuel-assault BeHery to a pason and
robbary oF some store bought peanut Butter the
racist oFFicer & pigmoney Gay had attacked the ccM
oF G3-113L in April 27.2021) For reintolration s
cause I Love and date white womens He had me to
Strip down to my Boxer shorts him and the Black
racist SGt Gay on 12 to 8 pm G-unit CME) on 4-27-
21) and trash my personal property and stole 16 pea
nut Butter squeezes bought From the store, on 4-28-
21 -4-29-21 -4-30-21) He oFFicer k.wiliams on
12 to 8pm shift G-unit G3-unit while the white
nurse was making her rounds kennedy. He oFPicer k.w
illiams attacked me by physical injuries stated that
He would take his radio and Beat my penis. and
then put a piece oF paper up on the door Block

## Illegal allegation statement of claim complaint

I was not Given a disiplinary report, and Lt Lhy os had me sign a witness statement to what had happen earlier that day that very same officer Back in m 2 unit santa Rose came in the unit and stated that if anybody get caught smoking dope, and tooking at the females will be pepper sprayed and Get the Hell Beat out of you. I was place back in General population unit by classiffication et. al. D.A. DIR ST. shelly while in their I was threated and had to fight for my life I had inmate attacking me in the unit by and for administrator et. al. D.A. DIR capt kara tried to have me stobbed or attacked by another inmate when I'm low risk medem inmate I was told that if I ea mplete the TCU program at Santa Rose CI I that, He mr D.A. DIR classiffication ST Shelly Dem would put me in for medium security prison in the Bop, and that the Bureau of pris on would accept me back in. and that I woul d go back under my maiden name Keith by et al classiffication D.A DIR since I'm in pris on under the wrong name, and that covid-19 came in affect so that waive d every thing on transfered hold, while house at santa rosa I was housed in desegregation unit special equip cell welded by maintence supervisor PMU with Box two addAtional ped locks in J-1 J-2 J-3 J-4 TCU at sant a Rose unit. And I was pleec in the wrong room with difference inmates by et. al. classiffication D. A DIR. and pepper spray d illegal in m 2 unit cell 105 Top my white officer pander. supervisor kar r captain denied medical care. by the white male

allege allegations statements of facts complaint

man can do without desegregation 1965 the solmen
state bridge In alabama. I Been denied dent dent
al care treatments at Suwannee CI and the vacent
c dose shot, and medication In Good Faith of the
42 USC 1983 civil-suit, on et. Al. warden Lane
administration security Lt. J. Davis. maintnee supervi
ser PNU.
    end of statement of allegations
this 18th day of may, 2021
       Keith Henderson

allege allegations statement of Fact complaint

ACI-EAST unit Q- dorm Q-2 106T whiteHoused
incarcerated Sgt. prescott white officer racist attacked
me twice. by sitting In the Q- dorm control room. behin
d the darktintedwindows, stalkingmy cell door Q2
106T) and stated that He observe me masturbatin
g to the whitenurse Hefner, He wrote an Displinary
incident report. I had asked nurse Hefner whom state
d that she didn't mind- that It was a stress reliever, He
Sgt. prescott then brought the wrong Inmate to the
cell door of Q2 106T,) I was on close manage
ment Inwhich classificationofficers martha jackson
had raisedmy security level. and tried to make It loo
k as though I was violence. and I have been to the
Florida Dept of correction since 1991) and I'm In
prison For change of residence absconding, the Inm
ate that they place In the cell with me. He begin to
get violence toward the colonol Harris white
female, during inspection He cuss her out und

Allege allegation statement of Facts complaint

Blocking the G3-113L cell door. audio video
and camera will show him. on the attacks
of racist profile. and arbitary detention. while
house in CM2 E-unit Quade 2 et. AL. Set,
R.C. Rehikop whiteracist attacked me on a threat
to beat my ass in handcuff. and told me that I
better asked some of these inmates about him, and
threated to pepper-spray me over the white nurse
meDonald and nurse Dubose white I was stand
ing at the door He yelled female on the floor. God
off the door is clearly a First amandment violation
when I'm waiting on medreations. I was racist diserī
minated on by the Black nurse Jones for writting
a Grrievanee when she had Gave the medreation to
oPPicer K. williams et. AL. on inconspireey and stal
King and sexual assault harrassments. while housed
in F2 110L with valdus and Inmate that had a life
sutence I was place in the wrong cell by SGt. R.C
Rehikop Lt. Lopez pope jones Lt. j-Davis Lt. stokes
Lt. Harris and classification set. AL. S I Haigh
with reviewing the inmates records. I was then given
a Displiplinary report For refusing to Housed with a
Homosexuals. and other violence person inmates. at
suwannee corr. Inst. et. AL, warden lane Fnu admin
stratlon security maintree superviser. I am being plac
e in detention cells es arbitany detention special
weild cell with a Box on the Front of the cell
with a slide door two-addAtional pad-locks. Clearl
y a constitution rights. by maintree superviser Fnu
desegregation unit suwannee C.I no. Female oPPicers
are allow to do a man Job. title. when they out
Law the Bill for Females to work and do the
same Jobas well as a man can. Any position

nurse of August 2020, Santa Rosa State
prison. end of allegations statement of Reeds
complaint this 18 th day of may 2021

Keith Hendersons

## allege allegations statement of claim complaint

Suwannee Correctional Institution E2-unit
while Incarcerated I was Housed in cell 106L
white officers Davis Gay employee while the white
nurse mc Donald dubose nurse was doing their
rounds each morning He would Harrass me.
and make sexual gesture words toward me.
He would stand In the cell door of 106 E2 and
stalked me and Block the white nurse from
seeing me or trying to give me my dailey medi wt)
on rounds In E2-106L pope jones et al. Ineonspir
acy more than one person attacking me over the
white nurse, and females entering the E2-unit of
suwannee CI) on How I was sick and caught
the stomach Flu Bug From the Unclean Food trays
and cups that are being serve by Food service
curry on How It took them 14 days to bring me
to a sick call In which I had turned In the sick
call by nurse kennedy white nurse while I was
housed In G3-113L) and was seen Yesterday of
the 18th of may 2021) by a white nurse male. who
didnt really Give me the proper care of medical att
ention For the virus that I caught From the tray
s that was unsanitation clean.
    end of allegation statement of claim complaint
    this 18 th day of May, 2021

Keith Hendersons
Petitioner prose

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.



Torturing unconstitutional violation of my
Human rights. and First amendment rights
on racial attacked and desegregation
practice of a Slavery Hangings Crime of violence
danger to a person of race

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages (either actual or punitive damages), include the amount sought and explain the basis for the claims.

permanent damages caused physical injuries
mental anguish stressed caused by et.Al. defendants
Plaintiff asked the court to Grant him $ nine
Hundred and ninety-nine million Dollars $ 999,000000,
000000, 900000,

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____
   Court: _____

2. Date: _____ Case #: _____
   Court: _____

3. Date: _____ Case #: _____
   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☑-YES   ☐ NO

If you answered yes, identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: _Unknown_ Parties: _Ethal Joec morales_

Court: _US DISTrict_ _ALBany_   Judge: _WiLows sands_

Date Filed: _8-12-04_ Dismissal Date *(if not pending)*: _____

Reason: _____ _descregation US DIStrict court_

2.  Case #: _____   Parties: _____

    Court: _____   Judge: _____

    Date Filed: _____ Dismissal Date *(if not pending)*: _____

    Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your

    conviction or otherwise relating to the conditions of your confinement?

    ☐ YES   ☒ NO

    If you answered yes, identify all lawsuits:

    1.  Case #: _____   Parties: _____

        Court: _____   Judge: _____

        Date Filed: _____ Dismissal Date *(if not pending)*: _____

        Reason: _____

    2.  Case #: _____   Parties: _____

        Court: _____   Judge: _____

        Date Filed: _____ Dismissal Date *(if not pending)*: _____

        Reason: _____

    3.  Case #: _____   Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5-18-21 Plaintiff's Signature: Keith Henderson25

Printed Name of Plaintiff: Keith Henderson25

Correctional Institution: Suwannee Corr. Inst.

Address: 5964 Hwy. 90

Live Oak Fl. 32060

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) □ delivered to prison officials for mailing or □ deposited in**

the prison's mail system for mailing on the ___18___ day of ___may___ ,
20 _21_.

Signature of Incarcerated Plaintiff: _S) Henderson,Keith_
_Keith Hendersons_

Sworn to (affirmed) and subscribed before me.
This _____ day of _____ 2021

5-25-21

(NOTARY SEAL)

_Keith Hendersons_
Witness signature

_refused to notary_
signature of notary public state of Florida

_____
name of notary Typed printed or stamped

Henderson,keith
S) Keith Hendersons
Plaintiff signature

Provided to Suwannee
Correctional Institution on

MAY 24 2021

for mailing, by _KH_

Forward To:

your Majesty

Elisabeth M. Timothy 1-2-3

Magistrate Judge Chief Division

AT THE Directions of the Clerk of Court

JESSICA LYBURBAWCOMB

For the Clerk of court 4-6

M ELissa Hummelthe

1 North Palafox Street

Pensacola FL.

32502

I CALLED THAT
DOUBLE-RR
touch-Down

RECEIVED JUN 0 1 2021